UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**REGIONS BANK, an Alabama**                                 **PLAINTIFF**
**Banking Corporation**

**v.**                                      **Civil Action No. 1:19-cv-00199-GHD-RP**

**GOLDEN TRIANGLE**                                   **DEFENDANT**
**UROLOGY PLLC AND**
**KEVIN HENDERSON BOND**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

By reason of settlement, plaintiff Regions Bank's claims against defendants, Golden Triangle Urology, PLLC and Kevin Henderson Bond, are dismissed with prejudice, with all parties to bear its/his own costs.

So ordered, this 3rd day of February, 2020.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

Counsel for Defendant:

Jake N. Adams
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
211 Commerce Street
Baker Donelson Center, Suite 800
Nashville, TN 37201

Counsel for Plaintiff:

Timothy C. Hudson
Sims and Sims
P.O. Box 648
Columbus, MS 39703